MEMO ENDORSED



**Jeffrey R. Maguire**, Esq., Partner    o: (212) 939-7229    f: (212) 531-6129
a: 445 Hamilton Avenue, Suite 1500, White Plains, NY 10601
e: jmaguire@stevensonmarino.com

June 18, 2026

*Via ECF*
The Honorable Gary Stein
United States Magistrate Judge for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Application granted.  The deadline for the parties to file the ESI protocol in this action is extended to June 26, 2026.  SO ORDERED.

Date:   June 25, 2026

Gary Stein
United States Magistate Judge
Southern District of New York

Re:    *Hicks v. DigitalOcean, LLC,*
       *Docket No: 25-cv-10560 (ALC)(GS)*

Dear Judge Stein:

    We represent Plaintiff Jennifer Hicks in the above-referenced matter alleging claims under the Family and Medical Leave Act, the Americans with Disabilities Act of 1990, as amended, the New York State Human Rights Law, and the New York City Human Rights Law against her former employer, DigitalOcean LLC ("Defendant"). We write on behalf of Plaintiff and Defendant to respectfully request a one-week extension of the parties' deadline to file their ESI protocol, extending the deadline from June 19, 2026, to June 26, 2026. The parties have conferred on the ESI protocol, but respectfully request one additional week to complete it. The parties also belatedly recognize that they requested a deadline that occurs on a federal holiday, which affects the schedules of counsel due to school closures.

    We thank the Court for its time and attention to this matter.

                                        Respectfully submitted,

                                        _____
                                        Jeffrey R. Maguire
                                        Stevenson Marino LLP

To: Defendant's Counsel *via* ECF