**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

JENNIFER HICKS,

Plaintiff,

-against-

DIGITALOCEAN LLC,

Defendant.

-----------------------------------------------------------------------X

**25 Civ. 10560 (ALC) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's motion for a conference regarding the parties' failure to agree on an ESI Protocol (Dkt. No. 38), and Defendant's opposition thereto (Dkt. No. 39). The Court declines to schedule a conference at this time. The Court agrees with Defendant that it is premature to resolve any disputes about the collection, review, or production of potentially responsive information on the personal email accounts or personal devices of Defendant's employees, and that this issue need not be addressed in, and should not delay entry of, an ESI Protocol. That said, the Court expects that Defendant will take steps to preserve such information, as Defendant states it is doing (Dkt. No. 39 at 2), and that Defendant's counsel will make appropriate inquiries of relevant employees as to whether any responsive information may be found in their personal email accounts and personal devices. *See, e.g.*, *Galvan v. Rolling Lawns, Inc.*, No. 23 Civ. 6724 (CS) (VR), 2025 WL 618558 (S.D.N.Y. Feb. 26, 2025) (describing circumstances under which a company may have a discovery obligation to search its employees' personal cell phones). Plaintiff's counsel is, of course, free to provide Defendant's counsel with any information Plaintiff is aware of suggesting that relevant employees communicated about business-related matters via personal email or via texts or other communications on personal

devices such that review of such materials would be warranted. The parties shall submit a subsequent joint status report or ESI Protocol by no later than Thursday, August 20, 2026.

**SO ORDERED.**

DATED: New York, New York
August 13, 2026

Gary Stein

The Honorable Gary Stein
United States Magistrate Judge