Littler **MEMO ENDORSED**

**Littler Mendelson, P.C.**
80 Linden Oaks
Suite 210
Rochester, New York 14625

Pamela S.C. Reynolds
Shareholder
585.203.3415 direct
585.203.3400 main
585.203.3414 fax
preynolds@littler.com

September 16, 2026

**VIA CM/ECF**

Hon. Gary Stein
United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Jennifer Hicks v. DigitalOcean LLC*
Civil Case No. 1:25-cv-10560-ALC

Dear Judge Stein:

I am lead counsel for Defendant DigitalOcean LLC in the above-referenced matter. I respectfully write to request an adjournment of the Video Status Conference currently scheduled for October 23, 2026, at 11:00 a.m. via Microsoft Teams. I will be traveling on that date, and presently my flight is scheduled to arrive approximately five minutes before the scheduled conference, making it difficult to ensure my timely participation.

I have conferred with Plaintiff's counsel regarding this request, and he has advised that he does not oppose the requested adjournment. Should the Court grant this request, counsel for both parties are currently available on any date between October 26 and October 30, 2026.

I appreciate the Court's consideration of this request.

Respectfully submitted,

*/s/ Pamela S.C. Reynolds*

Pamela S.C. Reynolds

PSR:lk
cc: Jeffrey R. Maguire, Esq. (via CM/ECF)

Application granted. The status conference scheduled for October 23 is adjourned to Thursday, October 29, 2026 at 10:00 a.m. The parties are directed to join the conference through the instructions at Docket Number 46. SO ORDERED.

Date: September 18, 2026

Gary Stein
United States Magistrate Judge
Southern District of New York